

**Thomas G. Bruton**
CLERK

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

October 27, 2009

RE: Baker v. The ADT Corporation et al

Case No:14-cv-8988

Dear Clerk:

Pursuant to the order entered by Honorable Charles R. Norgle, Sr, on 01/26/2015, the above record

■   was electronically transmitted to: Central District of Illinois

Please acknowledge receipt of any paper documents on the enclosed copy of this letter.

Sincerely yours,

Thomas G. Bruton, Clerk

By:   /s/ Melissa Astell
      Deputy Clerk

New Case No. _____    Date _____