E-FILED
Monday, 02 March, 2015  03:23:40 PM
Clerk, U.S. District Court, ILCD

# IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
### URBANA DIVISION

| | | |
|---|---|---|
| **DALE BAKER**, individually, and behalf of all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | No. 15-cv-02038-CSB-DGB |
| **THE ADT CORPORATION**, a Delaware corporation, and **ADT, LLC d/b/a ADT SECURITY SERVICES**, a Florida limited liability company, | ) ) ) ) ) ) | Honorable Colin S. Bruce Magistrate Judge David G. Bernthal |
| Defendants. | ) | |

## STIPULATION REGARDING PLAINTIFF'S MOTION FOR CLASS CERTIFICATION

The parties submit this stipulation to resolve Plaintiff's Amended Motion for Class Certification. On February 17, 2015, Plaintiff filed his First Amended Complaint (DE 30). Simultaneously, Plaintiff filed a protective motion for class certification (DE 31) pursuant to *Damasco v. Clearwire Corp.*, 662 F.3d 891 (7th Cir. 2011) to prevent Defendants from mooting the case with a Fed. R. Civ. P. 68 offer of judgment or otherwise. The Court has set a due date of March 6, 2015 for Defendants' response (DE 31).

Defendants stipulate that they will not make any Rule 68 offer of judgment, or otherwise tender purportedly full relief to Plaintiff, in an attempt to moot Plaintiff's ability to seek class certification. Plaintiff stipulates that his protective motion for class certification should be denied without prejudice, and that Defendants do not need to file a response to the motion until further order of Court.

Dated:  March 2, 2015

Respectfully submitted,

| Plaintiff DALE BAKER, individually, and on behalf of all others similarly situated,<br><br>By:     /s/ Thomas A. Zimmerman, Jr.<br>Thomas A. Zimmerman, Jr. (IL #623194)<br>Adam M. Tamburelli (IL #6292017)<br>ZIMMERMAN LAW OFFICES, P.C.<br>77 West Washington Street, Suite 1220<br>Chicago, Illinois 60602<br>(312) 440-0020 telephone<br>www.attorneyzim.com<br><br>*Counsel for the Plaintiff and Putative Class* | Defendants THE ADT CORPORATION and ADT, LLC,<br><br>By:     /s/  Daniel R. McElroy<br>Mark L. Levine (#6201501)<br>Daniel R. McElroy (#6306560)<br>Bartlit Beck Herman Palenchar & Scott LLP<br>54 West Hubbard Street, Suite 300.<br>Chicago, IL 60654<br>Telephone: (312) 494-4400<br><br>Carolyn J. Frantz (#6282896)<br>Bartlit Beck Herman Palenchar & Scott LLP<br>1899 Wynkoop Street, Suite 800<br>Denver, CO 80202<br>Telephone: (303) 592-3100<br><br>*Counsel for the Defendants* |
|---|---|

## CERTIFICATE OF SERVICE

Thomas A. Zimmerman, Jr., an attorney, hereby certifies that he caused the foregoing document, to be served upon all counsel of record in this case via the Court's CM/ECF System, prior to 5:00 p.m., on this day March 2, 2015.


              s/Thomas A. Zimmerman, Jr.