UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| **DALE BAKER**, individually, and behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> **THE ADT CORPORATION**, a Delaware corporation, and **ADT LLC d/b/a ADT SECURITY SERVICES**, a Florida limited liability company, <br><br> Defendants. | No. 2:15-cv-02038-CSB-DGB <br><br> Hon. Judge Colin S. Bruce |

## ADT'S MOTION TO DISMISS

Defendants The ADT Corporation and ADT LLC, by and through their attorneys, move this Court for an Order dismissing the First Amended Class Action Complaint of Dale Baker individually, and on behalf of all others similarly situated pursuant to Fed. R. Civ. P. 12(b)(6). Grounds therefore are set forth in ADT's Memorandum in Support of Its Motion to Dismiss.

Defendants further request that this Court hear oral argument on ADT's Motion to Dismiss.

Dated: March 3, 2015                     By:   s/ *Daniel R. McElroy*
                                               Mark L. Levine (#6201501)
                                               Daniel R. McElroy (#6306560)
                                               BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP
                                               54 West Hubbard Street, Suite 300
                                               Chicago, IL 60654
                                               Telephone: (312) 494-4400
                                               Facsimile: (312) 494-4440
                                               mark.levine@bartlit-beck.com
                                               daniel.mcelroy@bartlit-beck.com

Carolyn J. Frantz (#6282896)
BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP
1899 Wynkoop Street, Suite 800
Denver, CO 80202
Telephone: (303) 592-3100
Facsimile: (303) 592-3140
carolyn.frantz@bartlit-beck.com

*Attorneys for Defendants The ADT Corporation and ADT, LLC*

2

**CERTIFICATE OF SERVICE**

I, Daniel McElroy, an attorney, hereby certify that a true and correct copy of the foregoing document entitled **ADT'S MOTION TO DISMISS** was electronically filed on March 3, 2015 with the Clerk of the Court for the Central District of Illinois using the CM/ECF system which will send notification of such filing to the following persons at the given email addresses, and/or have caused a true and correct copy to be emailed to:

Thomas A. Zimmerman, Jr.
Adam M. Tamburelli
ZIMMERMAN LAW OFFICES, P.C.
77 West Washington Street, Suite 1220
Chicago, IL 60602
(312) 440-0020
(312) 440-4180
tom@attorneyzim.com
adam@attorneyzim.com

*Attorneys for Plaintiff Dale Baker and the putative class*

    *s/ Daniel R. McElroy*
    Daniel R. McElroy
    BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP
    54 West Hubbard Street, Suite 300
    Chicago, IL 60654
    Telephone: (312) 494-4400
    Facsimile: (312) 494-4440
    daniel.mcelroy@bartlit-beck.com

    *Attorney for Defendants The ADT Corporation and ADT, LLC*