UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| **DALE BAKER and STEPHANIE HALLAM DILLARD**, individually, and on behalf of all others similarly situated, | ) ) ) ) |
| Plaintiffs, | ) No. 2:15-cv-02038-CSB-EIL ) |
| v. | ) Hon. Judge Colin S. Bruce ) Hon. Magistrate Judge Eric I. Long |
| **THE ADT CORPORATION**, a Delaware Corporation, and **ADT, LLC d/b/a ADT SECURITY SERVICES**, a Florida limited liability company, | ) ) ) ) ) |
| Defendants, | ) |

## ORDER LIFTING STAY
## AND DISMISSING ACTION WITH PREJUDICE

Plaintiffs Dale Baker and Stephanie Hallam Dillard and Defendants ADT Corporation and ADT LLC having jointly moved the Court pursuant to Rule 41(a)(2), *Federal Rules of Civil Procedure*, and good cause appearing,

IT IS ORDERED that the stay of the above-captioned action by Order entered January 24, 2017 [Doc. 88] is hereby lifted, and

IT IS ORDERED that the above-captioned action is hereby dismissed with prejudice, all parties to bear their own costs, expenses, and fees except as provided under the Settlement Agreement approved on July 22, 2019, in *Michael Edenborough v. ADT, LLC d/b/a ADT Security Services, Inc.*, Case No. 16-cv-02233-JST (USDC N.D. California).  All pending motions are moot. This case is terminated.

DATED this 30th day of August, 2019.

                                                                      s/Colin S. Bruce
                                                          Honorable Colin S. Bruce
                                                          United States District Judge